JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM SPENCER SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>Defendants. | Case No. CV 19-2576-GW-JPRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses. The Court will reserve jurisdiction to enforce the settlement between the parties.

IT IS SO ORDERED.

Dated: October 25, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE